■ GEORGE B. CASE et al., Respondents-Appellants, v VILLAGE OF TARRYTOWN et al., Appellants-Respondents.—Appeals by the defendants and cross appeal by the plaintiffs from stated portions of an order and judgment (one paper) of the Supreme Court, Westchester County, dated January 6, 1986.

Ordered that the order and judgment is affirmed, without costs or disbursements, for reasons stated by Justice Dachenhausen in his opinion dated December 17, 1985. Mangano, J. P., Thompson, Niehoff and Spatt, JJ., concur.